IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES M. BROADHEAD, AIS #224802, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:19-CV-633-ALB |
| LT. JACKSON, *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

On September 6, 2019, the Magistrate Judge entered a Recommendation (Doc. 2) to which no timely objections have been filed. After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is dismissed without prejudice for Plaintiff's failure to pay the full filing fee upon the initiation of this case.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this 30th day of September 2019.

          /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE